**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00483-CV

**CITY OF DALLAS, Appellant**

**V.**

**NANCY BEGGS, Appellee**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-14997-M**

## ORDER

We **GRANT** appellant's June 2, 2015 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than July 13, 2015. No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
         JUSTICE